# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:20-cv-00041-RJC

| | |
|---|---|
| TODD HEDRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on Defendant's "Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g)." (Doc. No. 15). Defendant seeks a judgment reversing its decision and remanding this case for further administrative proceedings. Plaintiff's counsel has indicated that he does not oppose Defendant's Motion for Remand.

**IT IS, THEREFORE, ORDERED** that Defendant's motion for reversal and remand is **GRANTED** and the Commissioner's decision is **REVERSED** with a remand of the case to the Commissioner for further proceedings.

**IT IS FUTHER ORDERED** that Defendant's Motions for Extension, (Doc. Nos. 8–10), and Plaintiff's motion for summary judgment, (Doc. No. 13), are **DENIED as moot**.

The Clerk is directed to close this case.

Signed: September 20, 2021

Robert J. Conrad, Jr.
United States District Judge